734

W. JAMES CAMPERLINO, Appellant, v TOWN OF MANLIUS MUNICI-
PAL CORPORATION et al., Respondents, and BENITA ROGERS
et al., Intervenors-Respondents.

Submitted April 4, 2011; decided June 2, 2011

Judge PIGOTT taking no part.

JEANETTE CHIRICO, Respondent, v JOEL AMAKER, Appellant.

Submitted April 4, 2011; decided June 2, 2011

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution. Motion for
poor person relief dismissed as academic.

DORIS KRIEGER et al., Appellants, v McDONALD'S RESTAURANT OF
NEW YORK, INC., et al., Respondents.

MICHAEL RUCKER, Appellant, v McDONALD'S RESTAURANT OF
NEW YORK, INC., et al., Respondents.

Submitted March 14, 2011; decided June 2, 2011

Judge PIGOTT taking no part.